UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| THOMAS LEE GLEASON, JR., | No. CV 15-08380-CBM (DFM) |
|---|---|
| Plaintiff, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| L. FRANKLIN, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation is approved and accepted.

2. Defendant Hughes's motion for summary judgment is

GRANTED and Plaintiff's claim against Defendant Hughes is dismissed without prejudice.

  3. The motion for summary judgment filed by Defendants Curiel, Franklin, Buechter, Jackson, Marshall, Sullivan, and Wofford is GRANTED as to Plaintiff's failure to protect claims and DENIED as to Plaintiff's claims against Defendant Franklin. All claims against Defendants Curiel, Buechter, Jackson, Marshall, Sullivan, and Wofford are dismissed without prejudice.

  4. Plaintiff's motion for summary judgment is DENIED.

Dated: March 1, 2019



_____
CONSUELO B. MARSHALL
United States District Judge