UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| THOMAS LEE GLEASON, JR., | No. CV 15-08380-CBM (DFM) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| L. FRANKLIN, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that Plaintiff's claims against Defendants Hughes, Curiel, Buechter, Jackson, Marshall, Sullivan, and Wofford are dismissed without prejudice.

Dated: March 1, 2019 _____ _____

CONSUELO B. MARSHALL
United States District Judge