# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THOMAS LEE GLEASON, JR., <br><br> Plaintiff, <br><br> v. <br><br> L. FRANKLIN, <br><br> Defendant. | No. CV 15-08380-CBM (DFM) <br><br> Order Accepting Second Amended Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Second Amended Report and Recommendation of the assigned United States Magistrate Judge. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. The Magistrate Judge's Second Amended Report and Recommendation is approved and accepted.

2. Defendant L. Franklin's Motion for Summary Judgment (Dkt. 144) is DENIED.

Date: October 13, 2021

_____
CONSUELO B. MARSHALL
United States District Judge