IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE GLEASON, JR., <br><br> Plaintiff, <br><br> v. <br><br> L. FRANKLIN, <br><br> Defendant. | Case No. 2:15-cv-08380-CBM (DFMx) <br><br> ORDER OF DISMISSAL [JS-6] |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety with prejudice, but with the Court retaining jurisdiction to enforce the terms of the settlement agreement until such time as payment of the settlement amount is made.

IT IS SO ORDERED.

Dated: JANUARY 24, 2023

_____
The Honorable Consuelo B. Marshall
United States District Judge

1

# CERTIFICATE OF SERVICE

Case Name: **Thomas Lee Gleason, Jr. v. L. Franklin, et al.**   No. **2:15-cv-08380-CBM (DFM)**

I hereby certify that on <u>January 23, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### PROPOSED] ORDER OF DISMISSAL

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 23, 2023</u>, at Los Angeles, California.

| R.  Hill | */s/ R. Hill* |
|---|---|
| Declarant | Signature |

LA2016500611